IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

G'ESA KALAFI
f/k/a STANLEY FELTON,

    Plaintiff,

v.

LEBBEUS BROWN, GARY BOUGHTON,
LIETENANT CICHANAWICZ
and DANIEL DOE,

    Defendants.

ORDER

Case No. 19-cv-319-wmc

---

Plaintiff G'esa Kalafi f/k/a Stanley Felton, a prisoner in the custody of the Wisconsin Department of Corrections, has paid the $400 fee for filing this case. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff G'esa Kalafi's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 21st day of May, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge