IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

G'ESA KALAFI,

    Plaintiff,

v.                                                    Case No.  19-cv-319-slc

LEBBEUS BROWN, GARY BOUGHTON,
LIEUTENANT CICHANOWICZ,
and DANIEL WINKLESKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/                                               3/9/2021
Peter Oppeneer, Clerk of Court                   Date