Notice of Appeal to a Court of Appeals
From a Judgment or Order of Western
District Court of Wisconsin

United States District Court For the
Western District of Wisconsin

File Number:

G'esa Kalafi

        Plaintiff        Case No: 19cv319slc

                                     W.D. of Wisconsin

V

Lebbeus Brown, Gary Boughton,
Lieutenant Joseph Cichanowicz
and Daniel Winkleski
        Defendants.

        Notice of Appeal

1. Notice is hereby given that G'esa Kalafi fka Stanley Felton, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final order that GRANTED defendants motion for summary judgment entered on March 9th 2021.

1.

Notice of Appeal, pg 2.

*[signature]*

Giesa Kalafi fka Stanley Felton #283330
Kettle Moraine Corr. Inst.
Box 282
Plymouth, WI 53073
pro se litigant   IFP prisoner

cc

2.